THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM BAKER et al., Respondents.

*People* v. *McKenna,* 62 App. Div. 616, appeal dismissed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 21, 1901, which reversed an order of Special Term denying a motion to vacate a judgment entered upon a forfeited recognizance and to set aside an execution issued thereon and granted such motion.

*Eugene A. Philbin, District Attorney (Charles E. Le Barbier* and *Charles A. Skidmore* of counsel), for appellant.

*Robert C. Taylor* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSIE L. WARD et al., Respondents, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Ward* v. *Feitner,* 61 App. Div. 456, affirmed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1901, which affirmed an order of Special Term correcting and reducing an assessment made by defendants upon certain real property of the relators for the purposes of taxation.

*John Whalen, Corporation Counsel (George S. Coleman* of counsel), for appellants.

*George G. Reynolds* and *Frederic A. Ward* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.